IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **PREMIER INTERNATIONAL ASSOCIATES LLC** | § § § | |
| v. | § § | |
| **MICROSOFT CORP., CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, AT&T MOBILITY LLC, SPRINT SPECTRUM L.P., DELL INC., LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., VIACOM INC., REAL NETWORKS, INC., NAPSTER, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA INC., NOKIA CORP., NOKIA INC., and SANDISK CORP.** | § § § § § § § § § § § § § § § § § § § § § § § | CA No. 2:07-CV-396 (DJF) |

---

### DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.'S UNOPPOSED MOTION TO WITHDRAW ROBERT A. AUCHTER AND ANTHONY W. SHAW AS COUNSEL OF RECORD

---

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") respectfully request that Robert A. Auchter and Anthony W. Shaw be permitted to withdraw as counsel of record for Samsung in this matter. Samsung continues to be represented

in this matter by attorneys Wayne Harding and Brian Erickson of the law firm DLA Piper LLP (US). Consequently, the withdrawal of Robert A. Auchter and Anthony W. Shaw will not delay this proceeding, and no prejudice will result to any party.

Counsel for defendant Samsung has conferred with counsel for Plaintiff Premier International Associates LLC on this issue and Plaintiff has no objection to the withdrawal of Robert A. Auchter and Anthony W. Shaw as counsel for Samsung in this matter.

WHEREFORE, Defendant Samsung respectfully requests that this Court enter an order permitting this withdrawal and direct the Clerk to remove Mr. Auchter and Mr. Shaw from CM/ECF electronic service in this matter.

Dated: June 2, 2009.

Respectfully submitted,

*/s/ Brian Erickson*
Wayne M. Harding  (SBN: 08978500)
Wayne.harding@dlapiper.com
Brian Erickson  (SBN: 24012594)
Brian.erickson@dlapiper.com
DLA PIPER LLP (US)
401 Congress Ave., Suite 2500
Austin, TX 78701-3799
Telephone: (512) 457-7000
Facsimile:  (512) 457-7001

**CERTIFICATE OF CONFERENCE**

Counsel for Samsung conferred with Plaintiff's counsel regarding this motion and he stated that he is unopposed to this motion.

*/s/ Brian Erickson*

-2-

Defendant Samsung's Unopposed Motion To
Withdraw Robert A. Auchter and Anthony W. Shaw
As Counsel Of Record

WEST\21725545.1

## CERTIFICATE OF SERVICE

     I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CMECF system per Local Rule CV-5(a)(3) on this the 2nd day of June, 2009.

                                      */s/ Brian Erickson*
                                      Brian Erickson