IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PREMIER INTERNATIONAL ASSOCIATES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 2:07-CV-396 (DF) |
| MICROSOFT CORP., et al, | § § | Jury Trial Requested |
| Defendants. | § § | |

**NOTICE OF DISMISSAL OF SPECIFIED DEFENDANTS**

NOW COMES the Plaintiff, Premier International Associates, LLC ("Premier"), by its attorneys, and respectfully notices this Honorable Court that Premier dismisses its Complaint for Patent Infringement ("Complaint") against the following defendants:

I.

Pursuant to agreement of Plaintiff and defendants Toshiba America, Inc. and Toshiba America Information Systems, Inc., memorialized in letter dated December 5, 2007, from Jeffrey Moran to Scott Partridge, Premier respectfully notices the Court that it dismisses, without prejudice, its Complaint against defendant Toshiba America, Inc.

II.

Pursuant to agreement of Plaintiff and defendants AT&T, Inc. and AT&T Mobility LLC, memorialized in letter dated December 10, 2007, from Jeffrey Moran to Samuel Stubbs, Premier respectfully notices the Court that it dismisses, without prejudice, its Complaint against defendant AT&T, Inc.

III.

Pursuant to agreement of Plaintiff and defendants Sprint Nextel Corp. and Sprint Spectrum LP, memorialized in letter dated November 7, 2007, from Jeffrey Moran to Michael Jones, Premier respectfully notices the Court that it dismisses, without prejudice, its Complaint against defendant Sprint Nextel Corp.

IV.

Pursuant to agreement of Plaintiff and defendants Verizon Communications Inc. ("VCI") and Cellco Partnership d/b/a Verizon Wireless, memorialized in letter dated December 6, 2007, from Jeffrey Moran to Kevin Anderson, Premier respectfully notices the Court that it dismisses, without prejudice, its Complaint against defendant VCI.

Dated: October 14, 2009                    Respectfully Submitted,


                                            By:   /s/ Elizabeth L. DeRieux
                                                  S. Calvin Capshaw, III
                                                  State Bar No. 03783900
                                                  Elizabeth L. DeRieux
                                                  State Bar No. 05770585
                                                  CAPSHAW DERIEUX, LLP
                                                  1127 Judson Road, Suite 220
                                                  Longview, TX 75601-5157
                                                  Phone: 903-233-4816
                                                  Fax: 903-236-8787
                                                  E-mail: ccapshaw@mailbmc.com
                                                  E-mail: ederieux@mailbmc.com

                                                  *ATTORNEYS FOR PLAINTIFF*
                                                  *PREMIER INTERNATIONAL*
                                                  *ASSOCIATES, LLC*

## CERTIFICATE OF SERVICE

      This is to certify that all counsel of record who are deemed to have consented to electronic service are being served this 14th day of October, 2009 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served b electronic mail, facsimile transmission and/or first class mail on this same date.

      /s/ Elizabeth L. DeRieux
      Elizabeth L. DeRieux